No. 1031. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY, APPELLANT, *v.* L. E. GOODRICH. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted May 25, 1914. Decided June 22, 1914. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *York* v. *Texas,* 137 U. S. 15; *Kauffman* v. *Waters,* 138 U. S. 285; see *Missouri, K. & T. Ry. Co.* v. *Goodrich,* 229 U. S. 607. *Mr. Joseph M. Bryson* and *Mr. Evans Browne* for the appellant. *Mr. J. A. L. Wolfe* for the appellee.

---

No. ——. THOMAS D. THOMAS, PETITIONER, *v.* SOUTH BUTTE MINING COMPANY. Submitted June 8, 1914. Decided June 22, 1914. Motion for leave to file and prosecute petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit *in forma pauperis* denied. *Mr. P. P. Wells* for the petitioner.